UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 08-cv-00369-AP

Tommy Roldan

                Plaintiff,

v.
Michael Astrue
Commissioner of Social Security,

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY APPEAL**

1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:

**Patrick C.H. Spencer, II, Esq.**
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
Telephone (719) 632-4808
E-mail: Patrick@2spencers.com

For Defendant:

**Thomas Kraus Esq.**
Social Security Administration, Region VIII
1961 Stout Street, Suite 120
Denver, CO 80294
Telephone: (303) 844-0017
E-mail: tom.kraus@ssa.gov

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

    A. Date Complaint Was Filed: February 22, 2008

    B. Date Complaint Was Served on U.S. Attorney's Office: March 13, 2008

    C. Date Answer and Administrative Record Were Filed: April 28, 2008

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7. OTHER MATTERS

There are no other matters anticipated.

8. BRIEFING SCHEDULE

    **A. Plaintiffs Opening Brief Due: September 10, 2008**

    **B. Defendant's Response Brief Due: October 10, 2008**

    **C. Plaintiffs Reply Brief (If Any) Due: October 27, 2008**

9. STATEMENTS REGARDING ORAL ARGUMENT

    A. Plaintiffs Statement: Plaintiff does not request oral argument.

    B. Defendant's Statement: Defendant does not request oral argument

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have **not** consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this July 1, 2008.

BY THE COURT:


*S/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:

s/Patrick C.H. Spencer, II 6/30/08
**Patrick C.H. Spencer, II**
Spencer & Spencer, P.C.
830 Tenderfoot Hill Road, Suite 320
Colorado Springs, CO 80906
Telephone: (719) 632-4808
E-mail patrick@2spencers.com

s/ Thomas H. Kraus 6/30/08
**Thomas H. Kraus**
Special Assistant United States Attorney
Office of the General Counsel, Social Security Administration
1961 Stout Street, Suite 120
Denver, CO 80294
Telephone: (303) 844-0017
E-mail: tom.kraus@ssa.gov