**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-00369-REB

TOMMY ROLDAN

                Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

                Defendant.

## ORDER

This matter is before the court on the plaintiff's **Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act** [#22] filed on May 14, 2009.

The motion is **GRANTED**. The defendant shall pay the amount of **$4,179.36** to plaintiff's attorney, as assignee for plaintiff, for attorney fees under the EAJA.

Dated May 15, 2009, at Denver, Colorado.

                                                BY THE COURT:

                                                */s/ Robert E. Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge